UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| ALEXANDRA RAMOS and OMAR SANCHEZ,<br><br>                                    Plaintiff,<br>- against -<br><br>KAREN GARDENS APARTMENT CORP.,<br>SURILA BAJAJ, individually and as Chief<br>Executive Officer of Karen Gardens Apartment<br>Corp.,<br><br>                                  Defendants. | **Case No.**<br>**20 Civ. 4161 (LDH)(PK)**<br><br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL WITHOUT**<br>**PREJUDICE PURSUANT**<br>**TO F.R.C.P. 41(a)(1)(A)(i)** |

-----------------------------------------------------------------x

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs, Alexandra Ramos and Omar Sanchez, and their counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice, against all defendants.

Dated: New York, New York
       September 15, 2020

                                        LAW OFFICES OF
                                        FAUSTO E. ZAPATA, JR., P.C.
                                        *Attorneys for Plaintiffs*

                                        By:
                                        FAUSTO E. ZAPATA, JR. (FZ4957)
                                        277 Broadway, Suite 206
                                        New York, New York 10007
                                        Tel: 212-766-9870
                                        Fax: 212-766-9869
                                        Email: fz@fzapatalaw.com